IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHERI LYNN GIBSON HEGAR,** | **6:14-cv-00455-PK** |
| Plaintiff, | ORDER |
| v. | |
| **CAROLYN W. COLVIN,**<br>**Commissioner, Social Security**<br>**Administration,** | |
| Defendant. | |

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#18) on June 1, 2015, in which he recommends this Court reverse the decision of the Commissioner and remand this case for further administrative proceedings. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

1 - ORDER

obligation to review the record *de novo*.  See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#18).  Accordingly, the Court **REVERSES** the Commissioner's decision and **REMANDS** this case to the Commissioner for further administrative proceedings consistent with the findings of this Court.

IT IS SO ORDERED.

DATED this 26th day of June, 2015.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge